No. 60682.—H. T. Kennedy Co., Inc., and Daniel F. Young, Inc. v. United States, protest 264942–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Aladdin" rail lubricators similar in all material respects to those the subject of *H. T. Kennedy Co., Inc.*, and *Daniel F. Young, Inc.* v. *United States* (33 Cust. Ct. 68, C. D. 1637), the claim of the plaintiffs was sustained.

No. 60683.—Ellis K. Orlowitz Company et al. v. United States, protests 190299–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constitutent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiffs was sustained.